# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 182 |
| | : | |
| AMENDMENT OF RULE 1.6 OF THE | : | DISCIPLINARY RULES |
| PENNSYLVANIA RULES OF | : | |
| PROFESSIONAL CONDUCT | : | DOCKET |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of August, 2019, upon the recommendation of the Disciplinary Board of the Supreme Court of Pennsylvania; the proposal having been published for comment in the Pennsylvania Bulletin, 48 Pa.B. 7743 (December 22, 2018):

    **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 1.6 of the Pennsylvania Rules of Professional Conduct is amended in the attached form.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective in 30 days.

Material to be added is bolded and underlined.
Material to be deleted is bolded and in brackets.